UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 10-20420-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

vs.

ORELVYS SANABRIA,

    Defendant.
_____/

### REPORT AND RECOMMENDATION AS TO CHANGE OF PLEA

**THIS CAUSE** is before the Court upon an Order of Reference entered by the Honorable Donald M. Middlebrooks, United States District Judge for the Southern District of Florida, which refers this matter to the undersigned for acceptance of a guilty plea and a hearing regarding same. **[D.E. 40].** This Court, having conducted a change of plea hearing on September 22, 2010, makes the following recommendation:

    1.    On September 22, 2010, this Court convened a hearing to permit Defendant to enter a change of plea in this case. The Court advised Defendant of the right to have these proceedings conducted by the District Judge assigned to the case. Further, this Court advised Defendant that this Court was conducting the change of plea hearing upon the above Order of Reference from the District Court, and at the agreement of the Defendant, defense counsel, and the Assistant United States Attorney assigned to this case. The Court further advised Defendant that the District Judge assigned to the case would be the sentencing judge and would make all findings and rulings concerning Defendant's sentence and would conduct sentencing hearings at a time set by the District Court.

    2.    This Court advised Defendant that Defendant did not have to permit the undersigned United States Magistrate Judge to conduct this hearing and could require that the change of plea hearing

be conducted only by a United States District Court Judge. Defendant, defense counsel, and the Assistant United States Attorney assigned to the case all agreed on the record and consented to this Court conducting the change of plea hearing.

3. This Court conducted a plea colloquy in accordance with the outline set forth in the Bench Book for District Judges (5th Edition).

4. There is a written plea agreement in this case. This Court reviewed the plea agreement on the record and had Defendant acknowledge that he signed the plea agreement. This Court also made certain that Defendant was aware of any minimum mandatory sentences and maximum sentences which could be imposed in this case pursuant to the plea agreement and applicable statutes.

5. Defendant plead guilty to Count I of the Indictment as follows,

> Beginning in or around December 2009, the exact date being unknown to the Grand Jury, and continuing through on or about February 23, 2010, in Miami-Dade County, in the Southern District of Florida, the defendants,
>
> **ORELVYS SANABRIA,**
> **a/k/a "Oreby,"**
> **and**
> **ORLANDO SANABRIA,**
>
> did knowingly and intentionally combine, conspire, confederate, and agree with each other and with L.C., and other persons known and unknown to the Grand Jury, to possess with the intent to distribute a controlled substance, in violation of title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.
>
> Pursuant to Title 21, United States Code, Section 841(b)(1)(D), it is further alleged that this violation involved less than 50 kilograms of marihuana.

[D.E. 3 ].(emphasis in original).

6. The government stated a factual basis for the entry of the plea, which included all of the essential elements of the crimes to which Defendant has pled guilty, and any sentencing enhancements and/or aggravating factors that may be applicable. The government also announced the

possible maximum penalty in respect to the Indictment. Defendant acknowledged the possible maximum penalty which could be imposed in this case.

7. Based upon the foregoing and the plea colloquy conducted by this Court, the undersigned recommends to the District Court that Defendant be found to have freely and voluntarily entered a guilty plea as to Count I of the Indictment, as more particularly described herein, and that Defendant be adjudicated guilty of those offenses.

8. A pre-sentence investigation is being prepared for the District Court by the United States Probation Office, and sentencing for Defendant Sanabria has been set for **November 16, 2010 at 11:00 a.m., at the United States District Court, Southern District of Florida, in the James Lawrence King Federal Building, 11th Floor, Courtroom 1, 99 N.E. 4th Street, Miami, Florida.**

ACCORDINGLY, the undersigned recommends to the District Court that Defendant's plea of guilty be accepted, that Defendant be adjudicated guilty of the offenses to which pleas of guilty have been accepted, and that a sentencing hearing be conducted for final disposition of the matter.

The parties have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with United States District Judge Donald M. Middlebrooks.

**DONE AND SUBMITTED** in Chambers at Miami, Florida on this ___ day of September 2010.

                                                          **WILLIAM C. TURNOFF**
                                                          **UNITED STATES MAGISTRATE JUDGE**

cc:    Hon. Donald M. Middlebrooks
        Counsel of Record